Phone: 865-337-5887
7660 S. Northshore Drive
Knoxville, TN 37919

# Pain/Inflammation

Fax:    865-337-5889

SENT   Y   N


*Rocky Hill*
Pharmacy

| **\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION -OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\*** |
|---|
| Patient Info: Name:_____  DOB:_____  SSN:_____ |
| Address:_____  Phone:_____ |
| Allergies:_____  Pharmacy:_____ |

---

| 1 ○ Diclofenac _____ 3% | 2 ○ Diclofenac _____ 1% |
|---|---|
| Prilocaine _____ 3% | Carbamazepine _____ 3% |
| Nifedipine _____ 2% | Amitriptyline _____ 4% |
| Qty  60g | Qty  360g |

Use in conjunction with _____ g Lidocaine 5% (2-4g 3-4 x QD w/cream)
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

---

| 3 ○ Ketoprofen _____ 2% | 4 ○ Baclofen _____ 1% | 5 ○ _____ % |
|---|---|---|
| Lidocaine _____ 2% | Cyclobenzaprine ____ 1% | _____ % |
| Cyclobenzaprine ____ 1% | Lidocaine _____ 2% | _____ % |

\*QTY  120     2RF

○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)    **(CASH)**

---

| Add on/substitution | |
|---|---|
| 1) Lidocaine 5% _____ g | 2) Calcipotriene 0.005% _____ g |
| 3) Taclonex _____ g | 4) Fluocinonide 0.1% cream _____ g |
| 5) Bensal HP _____ g | 6) Diclofenac 3% _____ |

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream
| 7) Chlorzoxazone 250mg tabs #60 Take 1 BID | 8) Scarcin _____ Apply BID |

2 RF

---

ok per benji

| **\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION -OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\*** |
|---|
| Patient I_____ |
| Address:_____ |
| Allergies:_____ |
| Insurance:_____  Policy:_____ |
| Group:_____  Pharmacy:_____ |

---

Physician's Signature: _____  Date: 1/29/19

authorize the pharmacy to adjust the total number of grams dispensed based on the maximum
allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a
different formula, please indicate on pad, or call the pharmacy.

**Pain/Inflammation**



Rocky Hill
Pharmacy

Fax: 865-337-5889

SENT Y N

## **PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION -OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: J____ E___ DOB:_____ SSN:_____

Address:_____ Phone:_____

Allergies:_____ Pharmacy:_____

| 1 ◯ | | | 2 ◯ | | |
|---|---|---|---|---|---|
| Diclofenac | 3% | | Ketoprofen | 10% | |
| Baclofen | 2% | | Amitriptyline | 2% | |
| Cyclobenzaprine | 2% | | Diclofenac | 2% | |
| Ketoprofen | 4 % | | | % | |
| | % | | | | |
| Qty 120g | | | Qty 360g | | |

WITH Lidocaine/HC____/____ % #3boxes    WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)    OR WITH Lidocaine 5% 150g
◯Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

| 3 ◯ | | | 4 ◯ | | | 5 ◯ | | |
|---|---|---|---|---|---|---|---|---|
| Ketoprofen | 2% | | Baclofen | 1% | | | % | |
| Lidocaine | 2% | | Cyclobenzaprine | 1% | | | % | |
| Cyclobenzaprine | 1% | | Lidocaine | 2% | | | % | |
| | % | | | % | | | | |

*QTY_____
◯Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)    (CASH)

### Add on/substitution

| | |
|---|---|
| 1) Lidocaine 5% _____ g | 2) Calcipotriene 0.005%_____ g |
| 3) Taclonex_____ g | 4) Fluocinonide ___% cream_____ g |
| 5) Lidocaine7/Tetracaine7%_____ g | 6) Diclofenac 1% or 3%_____ g |
| 7) Hydrocortisone Buty 0.1% _____ g | 8) Doxepin 5% _____ g |
| 9) Lidocaine/HC ___/___ % ____ Boxes | 10) Halobetasol 0.05%_____ g |
| 11) Diflorasone 0.05%____ 1 2 0 g | |

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name: _Joseph Dichiara_ NPI:_____

Phone:_____ Fax:_____

_spoke with office and apporval given by Dr Dichiara for add of diflorasone iont 120g to se in conjuction iwth compound 07/07/20_

◯The pharmacy may substitute based on insurance coverage or limitations.    INITIAL_____

Physician's Signature: _____    Date: _7/6/20_    Refills (2)

I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone:865-337-5887

**Pain/Inflammation**

**Fax:** 865-337-5889

SENT  Y  N



*Rocky Hill Pharmacy*

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION**
**-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name: B___ C___ DOB:_____ SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

---

1 ○ Diclofenac_____3%
Baclofen_____2%
Cyclobenzaprine____2%
Ketoprofen_____4 %
_____%
Qty___120g
WITH Lidocaine/HC___/___% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ○ Ketoprofen_____10%
Amitriptyline_____2%
Diclofenac_____2%
_____%
Qty___360g
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

ok to change per benji

---

3 ○ Ketoprofen_____2%
Lidocaine_____2%
Cyclobenzaprine___1%
_____%

4 ○ Baclofen_____1%
Cyclobenzaprine___1%
Lidocaine_____2%
_____%

5 ○ _____%
_____%
_____%

\*QTY_____
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)      **(CASH)**

---

**Add on/substitution**

1) Lidocaine 5% _____g
3) Taclonex_____g
5) Lidocaine7/Tetracaine7%_____g
7) Hydrocortisone Buty 0.1%_____g
9) Lidocaine/HC___/___%_____Boxes
11) Diflorasone 0.05%_____g

2) Calcipotriene 0.005%_____g
4) Fluocinonide ___% cream_____g
6) Diclofenac 1% or 3%_____g
8) Doxepin 5%_____g
10) Halobetasol 0.05%_____g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

---

Physician name_____ NPI:_____
Phone:_____ Fax:_____
○ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL_____

---

Physician's Signature:_____ Date: 5/29/20  Refills: ( 2 )_____
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

Request Refill Authorization From:

**ROCKY HILL PHARMACY**
**7660 S NORTHSHORE DR**
**KNOXVILLE, TN 37919-8003**

Phone: (865) 337-5887
Fax:     (865) 337-5889
Date:    08/04/2020 3:57 PM

Sent By:  Tiffany Haney

Rx: 110710          Date Written:  04/27/2020
                    Last Filled:     06/23/2020

Dispensed  3     time(s) for a total Qty of 1,080.0000

Refills Originally Authorized:  2

We request refill/renewal
authorization on behalf of your patient

Please fax or call this Request to
     ROCKY HILL PHARMACY
     Fax:     (865) 337-5889
     Phone:  (865) 337-5887

CALL IN/BENJI

Comments:

---

Date:  08/04/2020          Rx #: 110710

Patient:
T██████ F██████

Phone: █████████          DOB: █████████
Medication: KETO10/AMIT2/DICLO2

Qty Written:  360.00000
Last Filled:   06/23/2020
Directions:
Apply 2 to 4 pumps (1gm/pump) to painful area 3-4
times daily (max 12g/day)

Approved: ☑          Denied: ☐
Memo:
Plus ___ Refills    Date:  ___ / ___ / ___
Change Directions: ☐

Signature: _____
Doctor:  DR. JOSEPH DICHIARA JR
         1718 SAINT MARY ST
         KNOXVILLE, TN 37917-4517
Phone:                    DEA: FD5607986
Fax:                      Rf:
Product Selection Permitted: ☐
Dispense as Written: ☐

---

The documents accompanying this telecopy transmission contain confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity referred above. The authorized recipient of the information is prohibited from disclosing the information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reference on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

Request Refill Authorization From:

**ROCKY HILL PHARMACY**
7660 S NORTHSHORE DR
KNOXVILLE, TN 37919-8003

Phone: (865) 337-5887
Fax: (865) 337-5889
Date: 08/04/2020 3:57 PM

Sent By: Tiffany Haney

Rx: 110709          Date Written: 04/27/2020
                    Last Filled:   06/23/2020

Dispensed  3   time(s) for a total Qty of 450.0000

Refills Originally Authorized:  2

We request refill/renewal
authorization on behalf of your patient

Please fax or call this Request to
ROCKY HILL PHARMACY
Fax:    (865) 337-5889
Phone: (865) 337-5887

Comments:

---

Date:    08/04/2020      Rx #: 110709

Patient:
    T▮▮▮ F▮▮▮

Phone: ▮▮▮▮▮▮       DOB: ▮▮▮▮▮

Medication: LIDOCAINE 5% OINTMENT
            Substituted for Brand Prescribed

Qty Written: 150.00000
Last Filled:  06/23/2020
Directions:
**Apply 2-4 grams topically to affected area(s) 3-4 times
daily in conjunction with compounded cream**

Approved: ☑        Denied: ☐

Memo:                            ok per Benji

Plus ____ Refills    Date: ____

Change Directions: ⟳

Signature: _____

Doctor:  DR. JOSEPH DICHIARA JR
         1718 SAINT MARY ST
         KNOXVILLE, TN 37917-4517
Phone:                    DEA: FD5607986
Fax:                      Rf:
Product Selection Permitted: ☐
Dispense as Written: ☐

---

The documents accompanying this telecopy transmission contain confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity referred above. The authorized recipient of the information is prohibited from disclosing the information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reference on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.



**Rocky Hill**
*Pharmacy*

SENT   Y   N

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: _____  DOB: _____  SSN: _____
Address: _____  Phone: _____
Allergies: _____  Pharmacy: _____

---

1 ◯ Diclofenac _____ 3%
    Baclofen _____ 2%
    Cyclobenzaprine____ 2%
    Ketoprofen _____ 4 %
    _____ %
    Qty 120g
WITH Lidocaine/HC ___/___% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
    ◯Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ◯ Ketoprofen _____ 10%
    Amitriptyline _____ 2%
    Diclofenac _____ 2%
    _____ %
    Qty 360g
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
    OR WITH Lidocaine 5% 150g

---

3 ◯ Ketoprofen _____ 2%
    Lidocaine _____ 2%
    Cyclobenzaprine____ 1%
    _____ %
*QTY _____

4 ◯ Baclofen _____ 1%
    Cyclobenzaprine____ 1%
    Lidocaine _____ 2%
    _____ %

5 ◯ _____ %
    _____ %
    _____ %

◯Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)    (CASH)

---

**Add on/substitution**

1) Lidocaine 5% _____ g
3) Taclonex _____ g
5) Lidocaine7/Tetracaine7%_____ g
7) Hydrocortisone Buty 0.1% _____ g
9) Tacrolimus 0.03% oint _____ g
11) Diflorasone 0.05% 120 g  ointment

2) Calcipotriene 0.005%_____ g
4) Fluocinonide 0.1% cream_____ g
6) Diclofenac 1% or 3%_____ g
8) Doxepin 5% _____ g
10) Lidocaine/HC ___/___% _____ Boxes

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

---

Physician name_____  NPI:_____
Phone:_____  Fax:_____
◯The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

approved per MD per
Benji for diflorasone
0.05%  120gm

---

Physician's Signature:_____  Date: 4/16/20  Refills: ____
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum
allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a
different formula, please indicate on pad, or call the pharmacy.

**Pain/Inflammation**



Rocky Hill
Pharmacy

Fax: 865-337-5889

SENT Y N

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name: _____ DOB: _____ SSN: _____
Address: _____ Phone: _____
Allergies: _____ Pharmacy: _____

ok per office

---

1 ○ Diclofenac _____ 3%
    Baclofen _____ 2%
    Cyclobenzaprine _____ 2%
    Ketoprofen _____ 4 %
    _____ %
    Qty __120g__
WITH Lidocaine/HC ___/___% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ○ Ketoprofen _____ 10%
    Amitriptyline _____ 2%
    Diclofenac _____ 2%
    _____ %
    Qty __360g__
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

---

3 ○ Ketoprofen _____ 2%
    Lidocaine _____ 2%
    Cyclobenzaprine _____ 1%
    _____ %
\*QTY _____
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

4 ○ Baclofen _____ 1%
    Cyclobenzaprine _____ 1%
    Lidocaine _____ 2%
    _____ %

5 ○ _____ %
    _____ %
    _____ %

---

**Add on/substitution**

1) Lidocaine 5% _____ g
3) Taclonex _____ g
5) Lidocaine7/Tetracaine7% _____ g
7) Hydrocortisone Buty 0.1% _____ g
9) Lidocaine/HC ___/___% _____ Boxes
10) Diflorasone 0.05% _____ g
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

2) Calcipotriene 0.005% _____ g
4) Fluocinonide 0.1% cream _____ g
6) Diclofenac 1% or 3% _____ g
8) Doxepin 5% _____ g

---

Physician name _____ NPI: _____
Phone: _____ Fax: _____
○ The pharmacy may substitute based on insurance coverage or limitations.   INITIAL _____

Physician's Signature: _____ Date: 2/6/20 Refills: _____
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum
allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a
different formula, please indicate on pad, or call the pharmacy.

**Request Refill Authorization From:**

ROCKY HILL PHARMACY
7660 S NORTHSHORE DR
KNOXVILLE, TN 37919-8003

Phone: (865) 337-5887
Fax:    (865) 337-5889
Date:   04/14/2020 3:41 PM

Sent By: Tiffany Haney

Rx: 109908          Date Written: 03/06/2020
                    Last Filled:   03/18/2020

Dispensed  1   time(s) for a total Qty of 360.0000

Refills Originally Authorized:  0

We request refill/renewal
authorization on behalf of your patient

Please fax or call this Request to
ROCKY HILL PHARMACY
Fax:    (865) 337-5889
Phone: (865) 337-5887

Phone per Benji

Comments:

---

Date:   04/14/2020      Rx #: 109908

Patient:
D███████ H███

Phone: ████████        DOB: ██████
Medication: KETO10/AMIT2/DICLO2

Qty Written:  360.00000
Last Filled:  03/18/2020
Directions:
Apply 2 to 4 pumps (1gm/pump) to painful area 3-4
times daily (max 12g/day)

Approved: ☑        Denied: ☐

Memo:

Plus  2  Refills   Date:   /   /

Change Directions: ☑

Signature:
Doctor:  DR. JOSEPH DICHIARA JR
         1718 SAINT MARY ST
         KNOXVILLE, TN 37917-4517
Phone:                  DEA: FD5607986
Fax:                    Rf:
Product Selection Permitted: ☐
Dispense as Written: ☐

---

The documents accompanying this telecopy transmission contain confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity referred above. The authorized recipient of the information is prohibited from disclosing the information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reference on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

**Pain/Inflammation**

Fax: 865-337-5889

SENT Y N



*Rocky Hill* Pharmacy

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION**
**-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name: A___ H___    DOB:_____ SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

1 ○ Diclofenac_____3%
   Baclofen_____2%
   Cyclobenzaprine_____2%
   Ketoprofen_____4 %
   _____%
   Qty__120g____
WITH Lidocaine/HC ___/___% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ○ Ketoprofen_____10%
   Amitriptyline _____2%
   Diclofenac_____2%
   _____%
   Qty__360g____
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

3 ○ Ketoprofen_____2%
   Lidocaine_____2%
   Cyclobenzaprine_____1%
   _____%

4 ○ Baclofen_____1%
   Cyclobenzaprine_____1%
   Lidocaine_____2%
   _____%

5 ○ _____%
   _____%
   _____%

\*QTY_____
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)    **(CASH)**

**Add on/substitution**

1) Lidocaine 5%_____g
3) Taclonex_____g
5) Lidocaine7/Tetracaine7%_____g
7) Hydrocortisone Buty 0.1%_____g
9) Lidocaine/HC ___/___% _____Boxes
11) Diflorasone 0.05%_____g

2) Calcipotriene 0.005%_____g
4) Fluocinonide ___% cream_____g
6) Diclofenac 1% or 3%_____g    │300g ok per office│
8) Doxepin 5%_____g
10) Halobetasol 0.05%_____g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name_____ NPI:_____
Phone:_____ Fax:_____
○ *The pharmacy may substitute based on insurance coverage or limitations.* INITIAL_____

Physician's Signature: _____ Date 5/6/20 Refills: (2)
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

**Pain/Inflammation**

**Fax: 865-337-5889**

SENT  Y  N



Rocky Hill
Pharmacy

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION**
**-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name: G____ J____  DOB: _____  SSN: _____
Address: _____  Phone: _____
Allergies: _____  Pharmacy: _____

1 ◯ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine ____ 2%
   Ketoprofen _____ 4 %
   _____ %

   Qty __120g__

WITH Lidocaine/HC ___/___% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)

2 ◯ Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %

   Qty __360g__

WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

3 ◯ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine ___ 1%
   _____ %

\*QTY _____
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)     **(CASH)**

4 ◯ Baclofen _____ 1%
   Cyclobenzaprine ____ 1%
   Lidocaine _____ 2%

5 ◯ _____ %
   _____ %
   _____ %

### Add on/substitution

1) Lidocaine 5% _____ g
3) Taclonex _____ g
5) Lidocaine7/Tetracaine7% ____ g
7) Hydrocortisone Buty 0.1% ____ g
9) Lidocaine/HC ___/___% ____ Boxes
10) Diflorasone 0.05% __170__ g  ointment

2) Calcipotriene 0.005% _____ g
4) Fluocinonide 0.1% cream _____ g
6) Diclofenac 1% or 3% _____ g
8) Doxepin 5% _____ g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name _____  NPI: _____
Phone: _____  Fax: _____
◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

Physician's Signature: _____  Date: 3/31/20  Refills: 3
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum
allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a
different formula, please indicate on pad, or call the pharmacy.

spoke with Benji and approved
secondary cream by MD 03/31/20



Rocky Hill
Pharmacy

SENT  Y  N

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name: _____ DOB: _____ SSN: _____
Address: _____ Phone: _____
Allergies: _____ Pharmacy: _____

| 1 ○ Diclofenac _____ 3% | 2 ○ Ketoprofen _____ 10% |
|---|---|
| Baclofen _____ 2% | Amitriptyline _____ 2% |
| Cyclobenzaprine _____ 2% | Diclofenac _____ 2% |
| Ketoprofen _____ 4 % | _____ % |
| _____ % | |
| Qty __120g___ | Qty __360g___ |

WITH Lidocaine/HC ___/___% #3boxes          WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)          OR WITH Lidocaine 5% 150g
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

| 3 ○ Ketoprofen _____ 2% | 4 ○ Baclofen _____ 1% | 5 ○ _____ % |
|---|---|---|
| Lidocaine _____ 2% | Cyclobenzaprine _____ 1% | _____ % |
| Cyclobenzaprine _____ 1% | Lidocaine _____ 2% | _____ % |
| _____ % | _____ % | |

*QTY _____
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)          (CASH)

### Add on/substitution

| | |
|---|---|
| 1) Lidocaine 5% _____ g | 2) Calcipotriene 0.005% _____ g |
| 3) Taclonex _____ g | 4) Fluocinonide ___% cream _____ g |
| 5) Lidocaine7/Tetracaine7% _____ g | 6) Diclofenac 1% or 3% _____ g |
| 7) Hydrocortisone Buty 0.1% _____ g | 8) Doxepin 5% _____ g |
| 9) Lidocaine/HC ___/___% _____ Boxes | 10) Halobetasol 0.05% _____ g |
| 11) Diflorasone 0.05% __120__ g | |

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

approval to add Diflorasone oint. 120g per
Dr Dichiara per phone 07/08/20

Physician name _____          PI: _____
Phone: _____          Fax: _____
○ The pharmacy may substitute based on insurance coverage or limitations.   INITIAL _____

Physician's Signature: _____ Date: 7/8/20 Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum
allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a
different formula, please indicate on pad, or call the pharmacy.

# PAIN / INFLAMMATION



*Rocky Hill*
Pharmacy

7660 S. NorthShore Drive Knoxville, TN 37919          Phone: 865-337-5887          FAX: 865-337-5889

## PATIENT INFO:
NAME: ▢▢▢▢▢          DOB: ▢▢▢▢          SSN: ▢▢

ADDRESS: ▢▢▢▢          PHONE: ▢▢▢▢

ALLERGIES: ▢▢▢▢          PHARMACY: ▢▢▢▢

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION -OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

The checked box signifies the originally prescribed and preferred medication(s) for my patient. If for any reason my patient cannot receive the originally prescribed compounded therapy, I order that the pharmacy shall seperate out any individual RX prescribed if insurance coverage or limitations dictate it.

### TOPICAL COMPOUNDS

☐ Diclofenac _____ 1%          *Diflorasone _____ 0.05%
Ketoprofen _____ 4%            *Halobetasol _____ 0.05%
Cyclobenzaprine ____ 2%          *Fluocinonide _____ 0.1%
Lidocaine _____ 5%            _____ %
                                 _____ %

*Only one steriod will be used          Qty: ____120 g____

☐ Baclofen _____ 1%            *Diflorasone _____ 0.05%
Cyclobenzaprine ____ 1%          *Halobetasol _____ 0.05%
Lidocaine _____ 2%            *Fluocinonide _____ 0.1%
_____ %

*Only one steriod will be used          Qty: _____ g

☑ Ketoprofen _____ 10%         With Lidocaine 5% 150g.
Amitriptyline _____ 2%          Apply 2-3g top 3-4 x QD w/
Diclofenac _____ 2.3%          compound (30 DS)

Qty: ____360 g____

SIG: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)
☑ The pharmacy may seperate out to the following based on insurance
coverage or limitations. Initial _____

Diclofenac 3% 300g; Lidocaine 5% 150g; Diflorasone 0.05% 120g,
Halobetasol 0.05% 50g, Fluocinonide 0.1% 120g
SIG: Apply 1-2grams topically 1-3 times daily used in conjunction with
compounded cream. (30 DS)

ADD ON OPTIONS:
1. Calcipotriene 0.005% _____ g          4. Betamethasone ____ % ____ g
2. Taclonex _____ g                      5. Hydrocortisone Buty 0.1% ____ g
3. Doxepin 5% _____ g

SIG: ☑ Apply 2-4 grams top 3-4 times daily used in conjunction with
compounded cream. (30 DS)
☐ Apply 1-2 grams top 1-3 times daily used in conjunction with
compounded cream. (30 DS)

ok per
office

### PAIN / INFLAMMATION
☐ Ibuprofen/Famotidine 800-26.6mg Tablet QTY #90 1 TID OR
Ketoprofen 25mg Capsule QTY #90 1 TID

### MUSCLE RELAXANTS
☐ Chlorzoxazone 375mg Tablet QTY #60 1 TID OR Chlorzoxazone
250mg Tablet QTY #90 1 TID

### ULCER PREVENTION
☐ Omeprazole/Bicarb 40-1,100 Capsule QTY #30 1 QD OR
Omeprazole/Bicarb 20-1,100 Capsule QTY #30 1 QD

### SUPPLEMENTS
☐ Azesco Tablet QTY #60 1 BID OR Xvite Tablet QTY # 60 1BID OR
Ortho DF Tablet QTY #30 1 QD
☐ Zalac Probiotic Capsule QTY #30 1 QD

PHYSICIAN'S NAME: _____Joseph D. Cross_____          NPI: _1104115835_
PHONE: _865-633-9464_                                FAX: _865-633-9474_
PHYSICIAN'S SIGNATURE: _____          DATE: _2-8-23_   REFILL: _0_
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance
benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

**Pain/Inflammation**

**Fax: 865-337-5889**

SENT  Y  N



*Rocky Hill*
Pharmacy

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name: M____ L____   DOB: _____  SN: _____
Address: _____   Phone: _____
Allergies: _____   Pharmacy: _____

---

1 ○ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4 %
   _____ %

Qty ___120g___

WITH Lidocaine/HC ___/___% #3boxes
Use 1/2-1 tube 3-4 X Qd pm w cream (must last 30 days)
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ○ Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %

Qty ___360g___

WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

---

3 ○ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

4 ○ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%

5 ○ _____ %
   _____ %
   _____ %

\*QTY _____
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   **(CASH)**

---

**Add on/substitution**

1) Lidocaine 5% _____ g
3) Taclonex _____ g
5) Lidocaine7/Tetracaine7% _____ g
7) Hydrocortisone Buty 0.1% _____ g
9) Lidocaine/HC ___/___% _____ Boxes
10) Diflorasone 0.05% _____ g

2) Calcipotriene 0.005% _____ g
4) Fluocinonide 0.1% cream _____ g
6) Diclofenac 1% or 3% _____ g
8) Doxepin 5% _____ g

*halobetasol 0.05% cr*

spoke with office and
approved per MD for
halobetasol cream
____

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

---

Physician name ___Dr Dichiara___   NPI: _____
Phone: _____   Fax: _____
○ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

Physician's Signature: _____   Date: _4/3/20_  Refills: _____
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum
allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a
different formula, please indicate on pad, or call the pharmacy.

**7660 S. Northshore Drive**
**Knoxville, TN 37919**
**Phone:865-337-5887**

**Pain/Inflammation**

**Fax:   865-337-5889**

**SENT   Y   N**

*Rocky Hill*
*Pharmacy*

---

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION**
**-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name: _____ DOB: _____ SSN: _____
Address: _____ Phone: _____
Allergies: _____ Pharmacy: _____

---

1 ◯ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4 %
   _____ %
   Qty__120g___

2 ◯ Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %
   Qty__360g___

**WITH Lidocaine/HC ___/___ % #3boxes**
**Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)**
**WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD**
**OR WITH Lidocaine 5% 150g**
◯Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

---

3◯ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

4 ◯ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%
   _____ %

5◯ _____ %
   _____ %
   _____ %

**\*QTY_____**
◯Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

---

**Add on/substitution**

1) Lidocaine 5% _____ g
3) Taclonex _____ g
5) Lidocaine7/Tetracaine7%_____ g
7) Hydrocortisone Buty 0.1% _____ g
9) Lidocaine/HC __/___% _____ Boxes
⑪ Diflorasone 0.05% __120__ g

2) Calcipotriene 0.005%_____ g
4) Fluocinonide ___% cream_____ g
6) Diclofenac 1% or 3%_____ g
8) Doxepin 5% _____ g
10) Halobetasol 0.05% _____ g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

---

approval given by Dr Dichiaira to add
diflorasone oint 120g per phone
07/08/20

Physician name_____    NPI: _____
Phone:_____    Fax: _____
◯*The pharmacy may substitute based on insurance coverage or limitations.   INITIAL_____*

---

Physician's Signature: _____ Date: 7/7/20  Refills: (2)
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum
allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a
different formula, please indicate on pad, or call the pharmacy.

**Pain/Inflammation**

**Fax:     865-337-5889**

**Rocky Hill**
Pharmacy

SENT  Y  N

---

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name: _____  DOB: _____  SSN: _____
Address: _____  Phone: _____
Allergies: _____  Pharmacy: _____

---

1 ◯ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4 %
   _____ %

   Qty  120g

2 ◯ Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %

   Qty  360g

WITH Lidocaine/HC ___/___% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

---

3 ◯ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

4 ◯ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%
   _____ %

5 ◯ _____ %
   _____ %
   _____ %

\*QTY _____
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)     (CASH)

---

**Add on/substitution**

1) Lidocaine 5% _____ g
3) Taclonex _____ g
5) Lidocaine7/Tetracaine7% _____ g
7) Hydrocortisone Buty 0.1% _____ g
9) Lidocaine/HC ___/___% _____ Boxes
11) Diflorasone 0.05% _____ g

2) Calcipotriene 0.005% _____ g
4) Fluocinonide ___% cream _____ g
6) Diclofenac 1% or 3% _____ g
(8) Doxepin 5% __45__ g
10) Halobetasol 0.05% _____ g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

---

Physician name _____
[approval given per Dr Dichiara to add doxepin cream 45gm by phone 07/24/20]
NPI: _____
Phone: _____  Fax: _____
◯ The pharmacy may substitute based on insurance coverage or limitations.   INITIAL _____

---

Physician's Signature: _____  Date: 7/24/20  Refills: (2)

I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

**Pain/Inflammation**

**Fax:    865-337-5889**



Rocky Hill
Pharmacy

## SENT  Y  N

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION**
**-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name:_____  DOB:_____  SSN:_____
Address:_____  Phone:_____
Allergies:_____  Pharmacy:_____

---

1. ○ Diclofenac_____3%
   Baclofen_____2%
   Cyclobenzaprine____2%
   Ketoprofen_____4%
   _____%
   Qty__120g__

WITH Lidocaine/HC____/____% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2. ○ Ketoprofen_____10%
   Amitriptyline_____2%
   Diclofenac_____2%
   _____%
   Qty__360g__

WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

---

3. ○ Ketoprofen_____2%
   Lidocaine_____2%
   Cyclobenzaprine____1%
   _____%

4. ○ Baclofen_____1%
   Cyclobenzaprine____1%
   Lidocaine_____2%
   _____%

5. ○ _____%
   _____%
   _____%

\*QTY_____
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   **(CASH)**

---

### Add on/substitution

1) Lidocaine 5%_____g
3) Taclonex_____g
5) Lidocaine7/Tetracaine7%_____g
7) Hydrocortisone Buty 0.1%_____g
9) Lidocaine/HC____/____%_____Boxes
11) Diflorasone 0.05%_____g

2) Calcipotriene 0.005%_____g
4) Fluocinonide____% cream_____g
6) Diclofenac 1% or 3%_____g
8) Doxepin 5%_____g
10) Halobetasol 0.05%__50__g

ok benji

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

---

Physician name_____  NPI:_____
Phone:_____  Fax:_____
○ *The pharmacy may substitute based on insurance coverage or limitations.*   **INITIAL_____**

---

Physician's Signature:_____  Date: 7/10/20  Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum
allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a
different formula, please indicate on pad, or call the pharmacy.

**Pain/Inflammation**

Fax:     865-337-5889



Rocky Hill
Pharmacy

SENT   Y   N

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION**
**-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name:_____ DOB:_____ SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

1 ○ Diclofenac _____ 3%          2 ○ Ketoprofen _____ 10%
    Baclofen _____ 2%                Amitriptyline _____ 2%
    Cyclobenzaprine ____ 2%              Diclofenac _____ 2%
    Ketoprofen _____ 4%                       _____ %

        Qty  120g                           Qty  360g
WITH Lidocaine/HC ___/___% #3boxes        WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)    OR WITH Lidocaine 5% 150g
    ○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

3 ○ Ketoprofen _____ 2%     4 ○ Baclofen _____ 1%      5 ○ _____ %
    Lidocaine _____ 2%           Cyclobenzaprine ____ 1%          _____ %
    Cyclobenzaprine ____ 1%          Lidocaine _____ 2%           _____ %
            _____ %                     _____ %
*QTY_____
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)    (CASH)

**Add on/substitution**

1) Lidocaine 5% _____ g              2) Calcipotriene 0.005%_____ g
3) Taclonex_____ g                   4) Fluocinonide 0.1% cream_____ g
5) Lidocaine7/Tetracaine7%_____ g    6) Diclofenac 1% or 3%_____ g
7) Hydrocortisone Buty 0.1% [120g ok] g  per benji   8) Doxepin 5% _____ g
9) Tacrolimus 0.03% oint _____ g     10) Lidocaine/HC ___/___% _____ Boxes
11) Diflorasone 0.05%_____ g
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name_____ NPI:_____
Phone:_____ Fax:_____
○ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL_____

Physician's Signature:_____ Date: 4/17/20 Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum
allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a
different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone:865-337-5887

Pain/Inflammation

Fax: 865-337-5889

SENT  Y  N



**Rocky Hill**
Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: M_____ L_____ DOB_____ SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

1○ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine ___ 2%
   Ketoprofen _____ 4%
   _____ %

   Qty___120g___

2○ Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %

   Qty___360g___

WITH Lidocaine/HC __/__% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
○Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

3○ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

4○ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%
   _____ %

5○ _____ %
   _____ %
   _____ %

*QTY_____
○Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

**Add on/substitution**

1) Lidocaine 5% _____ g
3) Taclonex _____ g
5) Lidocaine7/Tetracaine7%_____ g
7) Hydrocortisone Buty 0.1% _____ g
9) Lidocaine/HC __/__% _____ Boxes
11) Diflorasone 0.05% _12_ _____ g
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

2) Calcipotriene 0.005%_____ g
4) Fluocinonide ___% cream_____ g
6) Diclofenac 1% or 3%_____ g
8) Doxepin 5% _____ g
10) Halobetasol 0.05%_____ g

(30 DS)

1-2   1-3

k per office

Physician name _Dr. Dichiara_ NPI:_1104118835_
Phone: _865-633-9469_ Fax: _865-633-9474_
○The pharmacy may substitute based on insurance coverage or limitations.  INITIAL_____

Physician's Signature:_____ Date:_11/18/20_ Refills:_2_
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.