# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE – COURTROOM 3A

**Case #:** 3:24-CR-113  **Date:** 3/2/2026

United States of America  **vs.**  Haney, Warren, and Roper

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

**Courtroom Deputy:** Marian Billingsley
**Court Reporter:** Kara Nagorny
**Law Clerk:** Michelle Gensheimer

**Asst. U.S. Atty(s):**
Jeremy Dykes
Brian Samuelson

**Probation Officer(s):**

**Atty(s) for Defendant(s):**
Anthony Mahajan/Diana Yastrovskaya
Scott Saidak
Keith Stewart

**Others Present:**

**Proceedings:**
Motion Hearing held re doc. 317. An Order is to follow.

☐ Defendant remanded to custody.   ☑ Defendant released on Order Setting Conditions of Release.

**Time:** 1:00 to 2:04

◉ I, Marian Billingsley, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

Knox-DCR_ 3.24-CR-113 _ 20260203 _ 124302