UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:24-CR-113-TAV-JEM ) |
| TIFFANY HANEY, ANNE WARREN, and TINA ROPER, | ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on defendants' Motion to Compel Pursuant to Rule 16 [Doc. 405], in which defendants request the production of all Federal Bureau of Investigation ("FBI") documentation relating to "covert, law enforcement operations" involving witness Michelle McKnight [*Id.* at 2]. In support of their motion, defendants submit that, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E), the government is required to produce all documents and information "material to preparing the defense[,]" which includes the above-described documentation [*Id.* at 1].[1] The government responds in opposition [Doc. 406].

Considering the parties' written briefs [Docs. 405, 406], as well as the arguments made orally before the Court, the Court does not find any basis to compel the government to produce the requested documents, if any in fact exist. At bottom, the government, in

---

[1] The Court notes that, other than Rule 16, defendants do not cite to any supportive case law or authority.

both its written response and during the course of trial, has represented that it has already produced documents responsive to defendants' request here, and that this encompasses what the government possesses [Doc. 406, p. 2; *see* Doc. 406-1]. To the extent defendants claim that there is additional FBI documentation related to the operations described above, defendants remain free to question the government's agent witness as to such matter.

Accordingly, defendants' motion [Doc. 405] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE